# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE PROCTER & GAMBLE AEROSOL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION** | MDL No. _____ |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Gloria Quinones<br><br>**Defendant:**<br>The Procter & Gamble Co. | Central District of California | 2:21-cv-09595 | Not yet assigned as of time of filing. |
| **Plaintiffs:**<br>Eileen Aviles; Shelby Cooper; Tanya Cooper; Jacob Cooper; Patricia Donadio<br><br>**Defendant:**<br>The Procter & Gamble Co. | Eastern District of California | 2:21-cv-02108 | Chief Judge Kimberly J. Mueller<br><br>(Magistrate Judge Allison Claire) |
| **Plaintiff:**<br>Haley Canaday<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of California | 3:21-cv-02024 | Anthony J. Battaglia<br><br>(Magistrate Judge Jill L. Burkhardt) |
| **Plaintiffs:**<br>Tova Bryski,[1] Miriam Amselem<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Florida | 0:21-cv-62285 | Darrin P. Gayles<br><br>(Magistrate Judge Jared M. Strauss) |
| **Plaintiffs:**<br>Angela Leyva; Andrea Fahey<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Florida | 4:21-cv-10108 | Jose E. Martinez<br><br>(Magistrate Judge Jacqueline Becerra) |

---

[1] Bryski has since voluntarily dismissed her claim, but her name remains in the case caption.

| **Plaintiff:** Michael Toporek **Defendant:** The Procter & Gamble Co. | Eastern District of New York | 2:21-cv-06185 | Joan M. Azrack (Magistrate Judge Anne Y. Shields) |
|---|---|---|---|
| **Plaintiff:** Otto Delcid **Defendant:** The Procter & Gamble Co. | Southern District of New York | 1:21-cv-09454 | Gregory H. Woods entered an order referring all general pretrial and dispositive motions to Magistrate Judge Katharine Parker. *See* ECF No. 6. |
| **Plaintiffs:** Erik Velasques; Matthew Lopez; Frank Ortega **Defendant:** The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00723 | Douglas R. Cole (Magistrate Judge Karen L. Litkovitz) |
| **Plaintiffs:** Tyler Baker; Brian Stanfield **Defendant:** The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00734 | Douglas R. Cole (Magistrate Judge Karen L. Litkovitz) |
| **Plaintiffs:** Erica Esquivel; Joshua Wallace **Defendant:** The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00762 | Matthew W. McFarland (Magistrate Judge Karen L. Litkovitz) |
| **Plaintiff:** Reese Lyle **Defendant:** The Procter & Gamble Co. | District of Oregon | 3:21-cv-1760 | Magistrate Judge John V. Acosta |