BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PROCTER & GAMBLE AEROSOL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3025 |

**CERTIFICATE OF SERVICE**

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on December 23, 2021, I caused a copy of the foregoing Notice of Related Actions, Schedule of Additional Related Actions, and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

In addition, I further certify that copies of the foregoing were served via U.S. Mail and/or e-mail on the following:

<u>Via First-Class Mail:</u>

Clerk of Court
United States District Court
Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Clerk of Court
United States District Court
Western District of Pennsylvania
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Clerk of Court
United States District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

<u>Via Email:</u>

MARKOVITS, STOCK & DEMARCO, LLC
W.B. Markovits
Email: bmarkovits@msdlegal.com
Terence R. Coates
Email: tcoates@msdlegal.com
Christopher P. Stock
Email: cstock@msdlegal.com
3825 Edwards Road, Suite 650
Cincinnati, OH 45209

PAUL LLP
Ashlea G. Schwarz
Email: Ashlea@PaulLLP.com
Sean R. Cooper
Email: Sean@PaulLLP.com
Steven L. Rowe
Email: Steven@PaulLLP.com
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
  **Counsel for Plaintiffs: Gregory Pickens, Ryan Rinz**
  S.D. Ohio, No. 1:21-cv-00786

STRAUSS TROY
Joseph J. Braun
Email: jjbraun@strausstroy.com
Richard S. Wayne
Email: rswayne@strausstroy.com
Jeffrey A. Levine
jalevine@strausstroy.com
150 E. 4th Street, 4th Floor
Cincinnati, Ohio 45202

OSBORN LAW PC
Daniel A. Osborn
Email: dosborn@osbornlawpc.com
43 West 43rd Street, Suite 131
New York, New York 10036
> **Counsel for Plaintiffs: Patricia Kelley, Jeremy Wilson, Dante Melendez, Darrell Stewart**
> S.D. Ohio, No. 1:21-cv-00785

LYNCH CARPENTER LLP
Gary F. Lynch
Email: gary@lcllp.com
Kelly K. Iverson
Email: kelly@lcllp.com
1133 Penn Avenue
Floor 5
Pittsburgh, PA 15222

Katrina Carroll
Email: katrina@lcllp.com
111 W. Washington Street
Suite 1250
Chicago, IL 60602

FREED KANNER LONDON & MILLEN LLC
Jonathan M. Jagher
Email: jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428

SHUB LAW FIRM LLC
Jonathan Shub
Email: jshub@shublawyers.com
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
> **Counsel for Plaintiff: Lindsey LaBella**
> W.D. Pa., No. 3:21-cv-00216

MCGUIRE LAW, P.C.
Paul T. Geske
Email: pgeske@mcgpc.com
Chandne Jawanda
Email: cjawanda@mcgpc.com
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
    **Counsel for Plaintiff: James Dethrow**
    S.D. Ill., No. 3:21-cv-1723


Dated: December 23, 2021

                                                  */s/ Andrew Soukup*
                                                Andrew Soukup
                                                COVINGTON & BURLING LLP
                                                850 Tenth Street NW
                                                Washington, DC 20001
                                                Telephone: (202) 662-5066
                                                asoukup@cov.com

                                                *Counsel for Defendant*
                                                *The Procter & Gamble Company*