BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Procter & Gamble Aerosol Products, Marketing, and Sales Practices Litigation | MDL No. 3025 |

## INTERESTED PARTY RESPONSE OF PLAINTIFF TOPOREK

Plaintiff Michael Toporek who is the named plaintiff in *Toporek et al.* v. *The Procter & Gamble Company*, Case No. 2:21-cv-06185-JMA-AYS (E.D.N.Y.), submits this interested party response to the Procter & Gamble's motion for transfer of actions to the Southern District of Florida. While Plaintiff Toporek does not agree with Procter & Gamble's characterizations in its transfer brief of the merits of these cases, he does fully support Procter & Gamble's request for transfer and consolidation of the related actions to the Southern District of Florida as well as the actions proceeding before Judge Gayles (who has the first filed case). Accordingly, for the reasons stated in the Procter & Gamble's brief in support of their transfer motion, Plaintiff respectfully requests that the Panel transfer all related cases to a single district for coordinated or consolidated pretrial proceedings. The Related actions involve "common questions of fact" and transfer will "further the convenience of the parties and witnesses" while "promot[ing] the just and efficient conduct of such actions." 28 U.S.C. § 1407.

Alternatively, Plaintiff Toporek supports transfer and consolidation to the Eastern District of New York with the cases centralized before Judge Azrack. Judge Azrack has one of the cases in the MDL petition already before her. *Toporek et al.* v. *The Procter & Gamble Company*, Case No. 2:21-cv-06185-JMA-AYS (E.D.N.Y.). Judge Azrack has admirably served on the federal bench

since 1990 and has vast experience in consumer class actions. *See Turner v. Trans-India Prod., Inc.,* No. 19CV3422JMAARL (E.D.N.Y.); *Carias v. Monsanto Co.*, No. 15CV3677JMAGRB, (E.D.N.Y); *Dixon v. Ford Motor Co.*, No. 14-CV-6135 JMA ARL, (E.D.N.Y.) Judge Azrack is also in a great position with her docket to devote the appropriate resources to this litigation because she has no MDLs.[1]

Additionally, assigning the case to Judge Azrack would also provide a competent jurist the opportunity to oversee an MDL proceeding, which is something the Panel actively looks to do. *See In re Zantac (Ranitidine) Prod. Liab. Litig.*, 437 F. Supp. 3d 1368, 1370 (U.S. Jud. Pan. Mult. Lit. 2020) (assigning an MDL to a well-qualified judge like Judge Azrack who did not have previous MDL experience). A point of emphasis for the Panel has been involving more judges in the MDL process. *See* Amanda Bronstad, Rookie Judges Start to Wrangle MDL Dockets, NAT'L L. J. (Aug. 20, 2017) ("There has been an effort to reach out to newer judges, to bring them into the MDL process, so as to give a greater MDL experience to the judiciary as a whole."). Assigning Judge Azrack to this litigation would promote these important objectives.

Accordingly, and for the reasons detailed herein, Plaintiff Toporek respectfully requests that the Panel transfer the actions for coordinated or consolidated pretrial proceedings to the United States District Court for the Southern District of Florida. In the alternative, Plaintiff respectfully requests that the Panel transfer the actions to the Eastern District of New York.

DATED: January 4, 2021                                    Respectfully Submitted,


                                                          By: */s/ Charles E. Schaffer*

---

[1] *See* https://www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-December-15-2021.pdf

Charles E. Schaffer (PA Bar No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
Facsimile: 215-592-4663
cschaffer@lfsblaw.com

*Counsel for Plaintiff Toporek*