BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Procter & Gamble Aerosol Products, Marketing, and Sales Practices Litigation | MDL No. 3025 |

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on January 4, 2022, he caused the foregoing Interested Party Response of Plaintiffs Norma Bernsee, Abby Nelson, and Shirley Thiele and this Certificate of Service to be served via electronic mail or first-class mail to the following:

COVINGTON & BURLING LLP
Andrew Soukup
850 Tenth Street NW
Washington, DC 20001
Email: asoukup@cov.com
    **Counsel for Defendant The Procter & Gamble Company**

MILSTEIN JACKSON FAIRCHILD AND WADE LLP
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
10990 Wilshire Blvd., 8th Floor
Los Angeles, California 90024
Email: gwade@mjfwlaw.com
Email: savila@mjfwlaw.com
Email: mcastaneda@mjfwlaw.com
    **Counsel for Plaintiff Gloria Quinones**
    **Case No.: 2:21-cv-09595 (C.D. Cal.)**

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Alex R. Straus
280 S. Beverly Drive
Beverly Hills, CA 90212
Email: astraus@milberg.com

Nick Suciu III
6905 Telegraph Road, Ste. 115
Bloomfield Hills, MI 48301
Email: nsuciu@milberg.com

Jennifer Czeisler
Virginia Ann Whitener
Russell Busch
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Email: jczeisler@milberg.com
Email: gwhitener@milberg.com
Email: rbusch@milberg.com
    **Counsel for Plaintiffs Eileen Aviles, Shelby Cooper, Jacob Cooper, Patricia Donadio**
    **Case No.: 2:21-cv-02108 (E.D. Cal.)**

REESE LLP
George Volney Granade , II
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211

Michael R. Reese
Sue J. Nam
100 West 93rd Street, 16th Floor
New York, NY 10025
Email: mreese@reesellp.com
Email: snam@reesellp.com

Charles D. Moore
100 South 5th Street, Suite 1900
Minneapolis, MN 55402
Email: cmoore@reesellp.com

QUAT LAW OFFICES
Kenneth D. Quat
373 Winch Street
Framingham, MA 01701
Email: ken@quatlaw.com
    **Counsel for Plaintiff Haley Canaday**
    **Case No.: 3:21-cv-02024 (S.D. Cal.)**

LEVIN LITIGATION, PLLC
Yitzhak Levin, Esq.
3475 Sheridan Street, Ste. 311
Hollywood, FL 33021
Email: ylevin@levinlitigation.com

HONIK LLC
Ruben Honik
David J. Stanoch
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
Email: david@honiklaw.com

KANNER & WHITELEY, LLC
Conlee S. Whiteley
Layne Hilton
701 Camp Street
New Orleans, LA 70130
Email: c.whiteley@kanner-law.com
Email: l.hilton@kanner-law.com
  **Counsel for Plaintiff Miriam Amselem**
  **Case No.: 0:21-cv-62285 (S.D. Fla.)**

BURSOR & FISHER PA
Andrew Joseph Obergfell
Max S. Roberts
888 Seventh Avenue, Third Floor
New York, NY 10019
Email: aobergfell@bursor.com
Email: mroberts@bursor.com

Sarah Nicole Westcot
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Email: swestcot@bursor.com
  **Counsel for Plaintiffs Angela Leyva, Andrea Fahey**
  **Case No.: 4:21-cv-10108 (S.D. Fla.)**
  **Counsel for Plaintiff Otto Delcid**
  **Case No.: 1:21-cv-09454 (S.D.N.Y.)**

MASON LIETZ & KLINGER LLP
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@masonllp.com

Gary E. Mason
David K. Lietz
5101 Wisconsin Ave. NW, Ste. 305
Washington DC 20016
Email: gmason@masonllp.com
Email: dlietz@masonllp.com

**Counsel for Plaintiffs Norma Bernsee, Abby Nelson and Shirley Thiele**
**Case No.: 1:21-cv-06725 (N.D. Ill.)**

MCGUIRE LAW, P.C.
Paul T. Geske
Chandne Jawanda
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Email: pgeske@mcgpc.com
Email: cjawanda@mcgpc.com
  **Counsel for Plaintiff James Dethrow**
  **Case No.: 3:21-cv-01723 (S.D. Ill.)**

ROBINS KAPLAN, LLP
Pamela E. Berman
800 Boylston Street – 25th Floor
Boston, MA 02199
Email: PBerman@robinskaplan.com
  **Counsel for Plaintiff Deborah Hudnall**
  **Case No.: 1:21-cv-12057 (D. Mass.)**

PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503
Email: psamberg@weitzlux.com
  **Counsel for Plaintiff Miriam Freund**
  **Case No.: 1:21-cv-06934 (E.D.N.Y.)**

THE SULTZER LAW GROUP P.C.
Jason P. Sultzer
Joseph Lipari
Daniel Markowitz
270 Madison Avenue, Suite 1800
New York, NY 10016
Email: sultzerj@thesultzerlawgroup.com
Email: liparij@thesultzerlawgroup.com
Email: markowitzd@thesultzerlawgroup.com

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
David C. Magagna Jr.
Charles E. Schaffer
Email: dmagagna@lfsblaw.com

4

Email: cschaffer@lfsblaw.com
    **Counsel for Plaintiff Michael Toporek**
    **Case No.: 2:21-cv-06185 (E.D.N.Y.)**

COHEN ROSENTHAL & KRAMER LLP
Joshua R. Cohen
3208 Clinton Avenue
One Clinton Place
Cleveland, Ohio 44113
Email: jcohen@crklaw.com

SILVER GOLUB & TEITELL LLP
Steven L. Bloch
Ian W. Sloss
184 Atlantic Street
Stamford, Connecticut 06901
Email: sbloch@sgtlaw.com
Email: isloss@sgtlaw.com
    **Counsel for Plaintiffs Erik Velasques, Frank Ortega and Matthew Lopez**
    **Case No.: 1:21-cv-00723 (S.D. Ohio)**
    **Counsel for Plaintiffs Erica Esquivel and Joshua Wallace**
    **Case No.: 1:21-cv-00762 (S.D. Ohio)**

STRAUSS TROY
Joseph J. Braun
Richard S. Wayne
Jeffrey A. Levine
150 E. 4th Street, 4th Floor
Cincinnati, Ohio 45202
Email: jjbraun@strausstroy.com
Email: rswayne@strausstroy.com
Email: jalevine@strausstroy.com
    **Counsel for Plaintiffs Tyler Baker and Brian Stanfield**
    **Case No.: 1:21-cv-00734 (S.D. Ohio)**
    **Counsel for Plaintiffs Patricia Kelley, Jeremy Wilson, Dante Melendez, Darrell Stewart**
    **Case No.: 1:21-cv-00785 (S.D. Ohio)**

LEVI & KORSINSKY, LLP
Mark S. Reich
Courtney E. Maccarone
55 Broadway, 10th Floor
New York, NY 10006
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
    **Counsel for Plaintiffs Tyler Baker and Brian Stanfield**
    **Case No.: 1:21-cv-00734 (S.D. Ohio)**

OSBORN LAW PC
Daniel A. Osborn
43 West 43rd Street, Suite 131
New York, New York 10036
Email: dosborn@osbornlawpc.com
> **Counsel for Plaintiffs Patricia Kelley, Jeremy Wilson, Dante Melendez, Darrell Stewart**
> **Case No.: 1:21-cv-00785 (S.D. Ohio)**

ZOLL & KRANZ, LLC
Carasusana B. Wall
Michelle L. Kranz
6620 W. Central Ave, Suite 100
Toledo, OH 43617
Email: cara@toledolaw.com
Email: michelle@toledolaw.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Matthew M. Guiney
270 Madison Ave.
New York, NY 10014
Email: guiney@whafh.com

Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Email: malmstrom@whafh.com
> **Counsel for Plaintiff Marianna Campbell**
> **Case No.: 1:21-cv-00774 (S.D. Ohio)**

MARKOVITS, STOCK & DEMARCO LLC
Christopher D. Stock
Terence Richard Coates
Wilbert Benjamin Markovits
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Email: cstock@msdlegal.com
Email: tcoates@msdlegal.com
Email: bmarkovits@msdlegal.com

PAUL LLP
Ashlea G. Schwarz
Sean R. Cooper
Steven L. Rowe
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Email: Rick@PaulLLP.com

Email: Sean@PaulLLP.com
Email: Steven@PaulLLP.com
    **Counsel for Plaintiffs Gregory Pickens and Ryan Rinz**
    **Case No.: 1:21-cv-00786 (S.D. Ohio)**

LAW OFFICES OF DANIEL SNYDER
Carl Post
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Email: carlpost@lawofficeofdanielsnyder.com

CASEY LAW FIRM, LLC
M. Ryan Casey
PO Box 4577
Frisco, CO 80443
ryan@rcaseylaw.com
    **Counsel for Plaintiff Reese Lyle**
    **Case No.: 3:21-cv-01760 (D. Oreg.)**

LYNCH CARPENTER LLP
Gary F. Lynch
Kelly K. Iverson
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Email: gary@lcllp.com
Email: kelly@lcllp.com

Katrina Carroll
111 W. Washington Street, Suite 1250
Chicago, IL 60602
Email: katrina@lcllp.com

FREED KANNER LONDON & MILLEN LLC
Jonathan M. Jagher
923 Fayette Street
Conshohocken, PA 19428
Email: jjagher@fklmlaw.com

SHUB LAW FIRM LLC
Jonathan Shub
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Email: jshub@shublawyers.com
    **Counsel for Plaintiff Lindsey Labella**
    **Case No.: 3:21-cv-00216 (W.D. Pa.)**

| | |
|---|---|
| Dated: January 4, 2022 | */s/ Gary M. Klinger*<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>gklinger@masonllp.com<br><br>*Counsel for Plaintiffs Norma Bernsee, Abby Nelson and Shirley Thiele,* Case No.: 1:21-cv-06725 (N.D. Ill.) |