**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Procter & Gamble Aerosol Products, Marketing, and Sales Practices Litigation** | **MDL No. 3025** |

**INTERESTED PARTY RESPONSE OF**
**PLAINTIFF REESE LYLE TO MOTION TO TRANSFER**

Plaintiff Reese Lyle ("Plaintiff"), the plaintiff and putative class representative in *Lyle v. The Procter & Gamble Company*, No. 3:21-cv-1760-AC (D. Or. filed Dec. 7, 2021), respectfully submits this response in support of Procter & Gamble ("P&G")'s motion to consolidate and transfer these actions to the Southern District of Florida before the Honorable Darrin P. Gayles.

Though P&G's characterization of the facts[1] and purported robustness of its refund program[2] are inaccurate, Plaintiff agrees with P&G's substantive arguments regarding consolidation and transfer. For all of the reasons stated in P&G's brief, consolidation and centralization is proper. ECF No. 1-1 at 6-10. Further, the Southern District of Florida, the site of the first-filed case, is the proper and preferred transferee court. *Id.* at 10-11. Plaintiff further concurs that Judge Gayles is an excellent choice to oversee this litigation. *Id.* at 12.

---

[1] For example, P&G's suggestion that FDA is indifferent to the presence of or amount of benzene in its products is unwarranted. In a non-binding guidance document, FDA warns that benzene "not be employed in the manufacture of drug substances, excipients, and drug products because of their unacceptable toxicity[.]" FDA, *Guidance for Industry: Q3C Impurities: Residual Solvents* (Dec. 1997), avail. at https://www.fda.gov/media/71736/download, at 6.

[2] In his complaint, Plaintiff Reese seeks statutory damages in the amount of $200 on behalf of himself and an Oregon class of consumers. P&G's characterization that "a recall and reimbursement is more than plaintiffs could reasonably expect to recover through litigation" (ECF No. 1-1 at 5) is inaccurate.

For these reasons, as well as those cited in P&G's original brief, Plaintiff respectfully requests that the Panel transfer all related cases to one district for consolidated pretrial proceedings. Plaintiff further requests that the Panel select the Southern District of Florida as transferee court, with Judge Gayles presiding.

DATED: January 4, 2021                      Respectfully Submitted,

                                              **CASEY LAW FIRM, LLC**

By: *s/ Ryan Casey*
    M. Ryan Casey (OSB # 152824)
    ryan@rcaseylaw.com
    PO Box 4577
    Frisco, CO 80443
    Tel: (970) 372-6509
    Fax: (970) 372-6482

*Counsel for Plaintiff Reese Lyle*
No. 21-1760 (Dist. Oregon)