# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| IN RE PROCTER & GAMBLE AEROSOL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3025 |
|---|---|

## UPDATED SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Gloria Quinones<br><br>**Defendant:**<br>The Procter & Gamble Co. | Central District of California | 2:21-cv-09595 | Mark C. Scarsi |
| **Plaintiffs:**<br>Eileen Aviles; Shelby Cooper; Tanya Cooper; Jacob Cooper; Patricia Donadio<br><br>**Defendant:**<br>The Procter & Gamble Co. | Eastern District of California | 2:21-cv-02108 | Chief Judge Kimberly J. Mueller |
| **Plaintiff:**<br>Haley Canaday<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of California | 3:21-cv-02024 | Jinsook Ohta |
| **Plaintiff:**<br>Nancy Martinez<br><br>**Defendant:**<br>The Procter & Gamble Co. | Middle District of Florida | 6:22-cv-00056 | Carlos E. Mendoza |
| **Plaintiffs:**<br>Tova Bryski,[1] Miriam Amselem<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Florida | 0:21-cv-62285 | Darrin P. Gayles |

---

[1] Bryski has since voluntarily dismissed her claim, but her name remains in the case caption.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Angela Leyva; Andrea Fahey<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Florida | 4:21-cv-10108 | Darrin P. Gayles |
| **Plaintiffs:**<br>Sheri Clayton<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Florida | 1:21-cv-24426 | Chief Judge Cecilia M. Altonaga |
| **Plaintiffs:**<br>Norma Bernsee, Abby Nelson, Shirley Thiele<br><br>**Defendant:**<br>The Procter & Gamble Co. | Northern District of Illinois | 1:21-cv-6725 | John Z. Lee |
| **Plaintiff:**<br>James Dethrow<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Illinois | 3:21-cv-01723 | Staci M. Yandle |
| **Plaintiff:**<br>Deborah Hudnall<br><br>**Defendant:**<br>The Procter & Gamble Co. | District of Massachusetts | 1:21-cv-12057 | Douglas P. Woodlock |
| **Plaintiff:**<br>Michael Toporek<br><br>**Defendant:**<br>The Procter & Gamble Co. | Eastern District of New York | 2:21-cv-06185 | Joan M. Azrack |
| **Plaintiff:**<br>Miriam Freund<br><br>**Defendant:**<br>The Procter & Gamble Co. | Eastern District of New York | 1:21-cv-06934 | Chief Judge Margo K. Brodie |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Otto Delcid<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of New York | 1:21-cv-09454 | Gregory H. Woods entered an order referring all general pretrial and dispositive motions to Magistrate Judge Katharine Parker. *See* ECF No. 6. |
| **Plaintiff:**<br>Nicole Asencio<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of New York | 1:21-cv-11212 | Alison J. Nathan |
| **Plaintiffs:**<br>Erik Velasques; Matthew Lopez; Frank Ortega<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00723 | Douglas R. Cole |
| **Plaintiffs:**<br>Tyler Baker; Brian Stanfield<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00734 | Douglas R. Cole |
| **Plaintiffs:**<br>Erica Esquivel; Joshua Wallace<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00762 | Douglas R. Cole |
| **Plaintiff:**<br>Marianna Campbell<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00774 | Douglas R. Cole |
| **Plaintiffs:**<br>Patricia Kelley, Jeremy Wilson, Dante Melendez, Darrell Stewart<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00785 | Douglas R. Cole |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Gregory Pickens, Ryan Rinz<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00786 | Douglas R. Cole |
| **Plaintiff:**<br>Beth Blake<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 1:21-cv-00794 | Douglas R. Cole |
| **Plaintiff:**<br>Lynn Balser Mills<br><br>**Defendant:**<br>The Procter & Gamble Co. | Southern District of Ohio | 2:22-cv-00044 | Edmund A. Sargus |
| **Plaintiff:**<br>Reese Lyle<br><br>**Defendant:**<br>The Procter & Gamble Co. | District of Oregon | 3:21-cv-1760 | Magistrate Judge John V. Acosta |
| **Plaintiff:**<br>Lindsey LaBella<br><br>**Defendant:**<br>The Procter & Gamble Co. | Western District of Pennsylvania | 3:21-cv-00216 | Stephanie L. Haines |
| **Plaintiff:**<br>Angela Hernandez<br><br>**Defendant:**<br>The Procter & Gamble Co. | District of South Carolina | 3:22-cv-00080 | J. Michelle Childs |