BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PROCTER & GAMBLE AEROSOL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3025 |

## CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on January 11, 2022, I caused a copy of the foregoing Reply to Responses to Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

In addition, I further certify that copies of the foregoing were served via email on the following:

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards
Email: jrichards@awkolaw.com
Bryan F. Aylstock
Email: baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
  **Counsel for Plaintiff: Nancy Martinez**
  M.D. Florida, No. 6:22-cv-00056

THE BAKER LAW GROUP
Andrew S. Baker
Email: andrew.baker@bakerlawgroup.net
107 S. High Street

Suite 400
Columbus, OH 43215

ANASTOPOULO LAW FIRM, LLC
Eric M. Poulin
Email: eric@akimlawfirm.com
Roy T. Willey, IV
Email: roy@akimlawfirm.com
32 Ann Street
Charleston, SC 29403
    **Counsel for Plaintiff: Lynn Balser Mills**
    S.D. Ohio, No. 2:22-cv-00044

ANASTOPOULO LAW FIRM, LLC
Paul Doolittle
Email: pauld@akimlawfirm.com
Eric M. Poulin
Email: eric@akimlawfirm.com
Roy T. Willey, IV
Email: roy@akimlawfirm.com
32 Ann Street
Charleston, SC 29403
    **Counsel for Plaintiff: Angela Hernandez**
    D. South Carolina, No. 3:22-cv-00080

Dated: January 11, 2022

    */s/ Andrew Soukup*
    Andrew Soukup
    COVINGTON & BURLING LLP
    850 Tenth Street NW
    Washington, DC 20001
    Telephone: (202) 662-5066
    asoukup@cov.com

    *Counsel for Defendant*
    *The Procter & Gamble Company*